## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re:

   **(1)  Calvin Leroy Ellis, Jr.**
      xxx-xx-4761                   **Case No.**

   **(2)  Jauna Chatman Ellis**
      xxx-xx-2569                   **Chapter 13**

**Debtor(s)**

## CHAPTER 13 PLAN

**ADDRESS:**   (1)   <u>5934 Macciness Drive</u>        (2)   <u>5934 Macciness Drive</u>
                             <u>Memphis TN 38119</u>                   <u>Memphis TN 38119</u>

**PLAN PAYMENT:**

    **DEBTOR (1)** shall pay    <u>$520.00</u>    ( ) weekly, (X) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

        **( X ) PAYROLL DEDUCTION** from:   <u>Second Presbyterian Church</u>    **OR  ( ) DIRECT PAY.**
                                    <u>4055 Poplar Avenue</u>
                                    <u>Memphis, TN 38111</u>

    **DEBTOR (2)** shall pay    $<u>    </u>    ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

        **( ) PAYROLL DEDUCTION** from:   <u>    </u>    **OR  ( ) DIRECT PAY.**

**1. THIS PLAN [Rule 3015.1 Notice]:**

    **(A) CONTAINS A NON-STANDARD PROVISION.  [See plan provision #19]**    ( ) YES   ( X ) NO

    **(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON VALUATION
       OF THE COLLATERAL FOR THE CLAIM.  [See plan provisions #7 and #8]**   ( X ) YES   ( ) NO

    **(C) AVOIDS A SECURITY INTEREST OR LIEN.  [See plan provision #12]**   ( ) YES   ( X ) NO

**2. ADMINISTRATIVE EXPENSES:**  Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ( ) Included in Plan; **OR (X)** Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**  Paid by:  ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:

| | Monthly Plan Payment |
|---|---|
| _____; ongoing payment begins _____ | $_____ |
| Approximate arrearage: _____ | $_____ |
| _____; ongoing payment begins _____ | $_____ |
| Approximate arrearage: _____ | $_____ |

**5. PRIORITY CLAIMS:**

| | Value of Claim | Monthly Plan Payment |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

**6. HOME MORTGAGE CLAIMS:**   ( ) Paid directly by Debtor(s);  **OR** ( ) Paid by Trustee to:

| | | Monthly Plan Payment |
|---|---|---|
| _____; ongoing payment begins _____ | | $_____ |
| Approximate arrearage: _____ | Interest _____% | $_____ |
| _____; ongoing payment begins _____ | | $_____ |
| Approximate arrearage: _____ | Interest _____% | $_____ |

**7. SECURED CLAIMS:**
[Retain lien 11 U.S.C. §1325 (a)(5)]

| | Value of Collateral | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| _____ | _____ | _____% | $_____ |
| _____ | _____ | _____% | $_____ |
| _____ | _____ | _____% | $_____ |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. § 1325 (a)]

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| American Credit Acceptance | $25,487.52 | 7.0 % | $502.00 |
| | | % | $ |
| | | % | $ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

Titlemax of Tennessee Inc.                    Collateral:                    2006 Buick Lacross
                    Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| Covington Pike Acceptance Company | $927.06 | % | $16.00 |
| Firstkey Homes LLC | $3,820.50 | % | $107.00 |
| Shelby County General Sessions Court CR | $240.50 | % | $5.00 |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

| Ascendum Education Solutions | ( X ) Not provided for | **OR** ( ) General unsecured creditor |
|---|---|---|
| FedLoan Servicing | ( X ) Not provided for | **OR** ( ) General unsecured creditor |
| Navient | ( X ) Not provided for | **OR** ( ) General unsecured creditor |
| PHEAA | ( X ) Not provided for | **OR** ( ) General unsecured creditor |
| MOHELA | ( X ) Not provided for | **OR** ( ) General unsecured creditor |
| US Department of Education | ( X ) Not provided for | **OR** ( ) General unsecured creditor |

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. §522(f):**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILE CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $        49,328.43        .

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( )               %, **OR,**

(X) **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

| Covington Pike Acceptance Company | ( X ) Assumes | **OR** ( ) Rejects. |
|---|---|---|
| FirstKey Homes LLC | ( X ) Assumes | **OR** ( ) Rejects. |
| Progressive Leasing | ( X ) Assumes | **OR** ( ) Rejects. |
| Snap Finance | ( X ) Assumes | **OR** ( ) Rejects. |

**17. COMPLETION:**   Plan shall be completed upon payment of the above, approximately    sixty (60)    months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ S. Jonathan Garrett                    DATE: May 15, 2019
**Debtor(s)' Attorney Signature**

S. Jonathan Garrett (BPR#019389) Attorney for Debtor
2670 Union Avenue Extended, Suite 1200,  Memphis, Tennessee 38112-4424
Telephone: 901-323-3200     Facsimile: 901-323-3275     Email: help@sjgarrett.com